MARTHA A. T. FORBES, Respondent, *v.* WILKIE TODD et al., Appellants, Impleaded with Others.

(Submitted April 29, 1935; decided May 3, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 384.)

ANTONIO IAFOLLA et al., Appellants, *v.* M. BERARDINI STATE BANK et al., Respondents.

(Submitted April 29, 1935; decided May 3, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 516.)

BESSIE B. GREEN et al., as Executors of WILLIAM GREEN, Deceased, Appellants, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

(Submitted April 29, 1935; decided May 3, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 248 N. Y. 627.)

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for Opening and Extending Harrison Avenue in the Borough of The Bronx.

FULTON DEVELOPMENT CORPORATION, Appellant; SIDNOR REALTY CO., INC., Respondent.

(Submitted April 29, 1935; decided May 3, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 267 N. Y. 64.)